## J. P. JANUARY v. STATE.
### No. 15557.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Earl M. Greer, of Wills Point, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

The unlawful possession of a still for the manufacture of intoxicating liquor is the offense; penalty assessed at confinement in the penitentiary for one year.

The record is before this court without statement of facts and bills of exception. The proceedings appear regular.

The judgment is affirmed.